IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY J. ANDERSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BENJAMIN CLAWSON, et al.,<br><br>　　　　Defendants. | No. C 13-0307 LHK (PR)<br><br>ORDER DENYING MOTION FOR<br>INTRADISTRICT TRANSFER |

    Plaintiff, proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On July 15, 2013, the court ordered service upon defendants. On September 20, 2013, defendants filed a motion for intradistrict transfer to the Oakland or San Francisco Division on the basis that plaintiff is currently incarcerated in Marin County, all defendants work or reside in Contra Costa County, and the allegations occurred in Contra Costa County.

    Pursuant to the court's local rules, all civil actions that arise in Contra Costa County shall be assigned to the San Francisco or Oakland Division. *See* N.D. Civ. L.R. 3-2(d). However, noncapital prisoner civil rights actions and other specified actions are excepted from that rule. *See* N.D. Civ. L.R. 3-2(c). In particular, noncapital prisoner civil rights actions are assigned on a district-wide basis. *See id.* Thus, for noncapital prisoner civil rights actions, venue is proper in any of the Northern District's divisions, regardless of the county in which the acts complained of arose. *See id.* Because this action is a noncapital prisoner civil rights action, venue is proper in

Order Denying Motion for Intradistrict Transfer
G:\PRO-SE\LHK\CR.13\Anderson307misc.wpd

San Jose. *See id.* Defendants' motion is DENIED without prejudice. Should the court determine that an intradistrict transfer would benefit all parties and the interests of justice would be served, the court will sua sponte consider such a transfer at that time.

IT IS SO ORDERED.

DATED: 10/10/13

*Lucy H. Koh*
LUCY H. KOH
United States District Judge